# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEX JOSEPH MARTIN

NO. 2025 KW 0134

**FEBRUARY 5, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          836864.

---

BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

   **STAY DENIED; WRIT DENIED.**

                        AHP
                        TPS
                        CAC


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal,
First Circuit, by special appointment of the Louisiana Supreme Court.